NUMBER
13-10-00482-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE MATTER OF H.
C., A JUVENILE

____________________________________________________________

 

                               On
Appeal from the Juvenile Court 

                                       of
Victoria County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

              Before Chief Justice Valdez and Justices Rodriguez and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
H.C., a juvenile, perfected an appeal from a judgment entered by the Juvenile
Court of Victoria County, Texas, in cause number 1-5319.  Appellant has filed a
motion to dismiss the appeal on grounds he no longer wishes to pursue the
matter.  Appellant requests that this Court dismiss the appeal.

On
September 23, 2010, this Court abated the appeal and remanded the case to the
trial court because appellant=s trial counsel has indicated that he
was not retained for appeal and the record failed to indicate whether appellant
is entitled to appointed counsel on appeal.  On November 3, 2010, this Court
received a supplemental clerk’s record which indicates that appellant does not
desire to prosecute the appeal.  This appeal is hereby REINSTATED.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.  Any pending motions are dismissed as moot.

 

PER
CURIAM

Delivered and filed the 

23rd day of November, 2010.